# Exhibit A

## SCHEDULE OF RELATED ACTIONS

| | Related Cases Filed in the Western District of Washington | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** | **Date Filed** | **Relationship of Case** |
| 1. | Veera Daruwalla, Michael March, and Lavicieia Sturdivant | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01118 | Hon. Barbara J. Rothstein, D.J. | Aug. 19, 2021 | Class action relating to T-Mobile breach |
| 2. | Stephanie Espanoza, Jonathan Morales, and Alex Pygin | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01119 | Hon. Barbara J. Rothstein, D.J. | Aug. 19, 2021 | Class action relating to T-Mobile breach |
| 3. | Leon Carp | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01130 | Hon. Barbara J. Rothstein, D.J. | Aug. 20, 2021 | Class action relating to T-Mobile breach |
| 4. | Crystal Lam, Nina Phan | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01137 | Hon. Barbara J. Rothstein, D.J. | Aug. 23, 2021 | Class action relating to T-Mobile breach |
| 5. | Deirdre C. Donovan, Beth Byrd, Kevin Curran, Allen Spielman | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01138 | Hon. Barbara J. Rothstein, D.J. | Aug. 23, 2021 | Class action relating to T-Mobile breach |
| 6. | Franklin Hughes | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-1139 | Hon. Barbara J. Rothstein, D.J. | Aug. 23, 2021 | Class action relating to T-Mobile breach |
| 7. | Ania Villaon | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-1148 | Hon. Barbara J. Rothstein, D.J. | Aug. 24, 2021 | Class action relating to T-Mobile breach |
| 8. | Randall Norris, Misty Norris | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01153 | Hon. James L. Robart, D.J. | Aug. 26, 2021 | Class action relating to T-Mobile breach |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9. | Valerie Rogoff | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01157 | Hon. Barbara J. Rothstein, D.J. | Aug. 26, 2021 | Class action relating to T-Mobile breach |
| 10. | Stuart Schupler | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01161 | Hon. Barbara J. Rothstein, D.J. | Aug. 26, 2021 | Class action relating to T-Mobile breach |
| 11. | Michael Harper, Sue Harper, Melanie Jaquess, Chuck Sallade and Michael Malone | T-Mobile US, Inc. | W.D. WA | 2:21-cv-01169 | Hon. Barbara J. Rothstein, D.J. | Aug. 27, 2021 | Class action relating to T-Mobile breach |
| 12. | Timothy Akins, Tara Millhouse, Pamela Lane, Cedric Gay, Lori Williams, Bryan Morton, Sajan George, Cynthia Halton, Sean Jordan, Terri Marble | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01179 | N/A | Aug. 31, 2021 | Class action relating to T-Mobile breach |
| 13. | Daniel Simaan | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01181 | N/A | Aug. 31, 2021 | Class action relating to T-Mobile breach |
| 14. | Alexis Huerta | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01183 | N/A | Aug. 31, 2021 | Class action relating to T-Mobile breach |
| 15. | Devon Avery, Blondel Garner, Brian Hayes, Daniel Moon, Timothy Ryan | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01189 | N/A | Aug. 31, 2021 | Class action relating to T-Mobile breach |

| | **Related Cases Filed in Other Jurisdictions** | | | | | | |
|---|---|---|---|---|---|---|---|
| 16. | Stephen J. Vash | T-Mobile US, Inc. | N.D. GA | 1:21-cv-03384 | Hon. Steve C. Jones, D.J. | Aug. 19, 2021 | Class action relating to T-Mobile breach |
| 17. | Henry Thang | T-Mobile US, Inc. | N.D. CA | 5:21-cv-06473 | Hon. Nathanael Cousins, M.J. | Aug. 20, 2021 | Class action relating to T-Mobile breach |
| 18. | Edmund Metzger | T-Mobile USA, Inc. | E.D. NY | 2:21-cv-04721 | Hon. Joan M. Azrack, D.J. | Aug. 20, 2021 | Class action relating to T-Mobile breach |
| 19. | Stephanie Peralta, Briand Grady, Michael Jones | T-Mobile USA, Inc. | W.D. OK | 5:21-cv-00838 | Hon. Joe L. Heaton, D.J. | Aug. 24, 2021 | Class action relating to T-Mobile breach |
| 20. | Norma Savick, Mark Savick | T-Mobile USA, Inc. | D. N.J. | 3:21-cv-16005 | Hon. Zahid N. Quraishi, D.J. | Aug. 25, 2021 | Class action relating to T-Mobile breach |
| 21. | Demetris Hill | T-Mobile USA, Inc. | W.D. MO | 2:21-cv-04164 | Hon. Nanette K. Laughrey, D.J. | Aug. 25, 2021 | Class action relating to T-Mobile breach |
| 22. | David Winkler, Cory Barton | T-Mobile USA, Inc. | S.D. TX | 7:21-cv-00322 | Hon. Ricardo H. Hinojosa, D.J. | Aug. 26, 2021 | Class action relating to T-Mobile breach |
| 23. | Hassan Sadrgilany, Deborah Dames | T-Mobile USA, Inc. | D. NJ | 3:21-cv-16155 | Hon. Zahid N. Quraishi, D.J. | Aug. 27, 2021 | Class action relating to T-Mobile breach |
| 24. | Aaron Avrech, Heather Avrech | T-Mobile USA, Inc. | N.D. CA | 5:21-cv-06660 | Hon. Susan van Keulen, M.J. | Aug. 27, 2021 | Class action relating to T-Mobile breach |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25. | Raymond Christie | T-Mobile USA, Inc. | D. NJ | 3:21-cv-16181 | Hon. Zahid N. Quraishi, D.J. | Aug. 27, 2021 | Class action relating to T-Mobile breach |
| 26. | Ivette Delerme, Thomas MacNish | T-Mobile USA, Inc. | D. NJ | 3:21-cv-16299 | Hon. Zahid N. Quraishi, D.J. | Aug. 31, 2021 | Class action relating to T-Mobile breach |