THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VEERA DARUWALLA, MICHAEL MARCH, and LAVICIEIA STURDIVANT, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | No. 2:21-cv-1118-BJR<br><br>**UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

Under Western District of Washington Local Rule 7(d)(1) and 10(g), Defendant T-Mobile USA, Inc., moves the Court to extend T-Mobile's deadline to answer or otherwise respond to the Complaint in the above-captioned action for a total of 30 days through October 15, 2021. Plaintiffs Veera Daruwalla, Michael March, and Lavicieia Sturdivant do not oppose T-Mobile's requested extension.

Good cause exists for this extension because there is a pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") seeking transfer and coordination or consolidation of related cases for pretrial proceedings under 28 U.S.C. § 1407, filed on August 23, 2021. *See In re T-Mobile Customer Data Security Breach Litigation.*, MDL Docket No. 3019 (ECF No. 1). Plaintiffs in this matter filed the JPML transfer motion and have identified almost 30 other cases to the JPML as related based on their similar nature. *Id.* (ECF Nos. 1, 8-1, 11, 20). The additional

UNOPPOSED MOTION AND ORDER TO
EXTEND TIME TO ANSWER
COMPLAINT
(No. 2:21-cv-1118-BJR) - 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153817021.1

30 days will conserve judicial resources by allowing T-Mobile to assess the pending JPML motion and continue discussions with Plaintiffs' counsel here and counsel in the related cases before responding to Plaintiffs' Complaint.

Dated:  September 10, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
         KOSullivan@perkinscoie.com
         LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice forthcoming*)
**ALSTON& BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-1118-BJR) - 2

153817021.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**ORDER**

IT IS SO ORDERED.

Dated this 13th day of September 2021.

s/Barbara J. Rothstein  
Barbara J. Rothstein  
U.S. District Court Judge

Presented by:

<u>s/ Steve Y. Koh</u>
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice forthcoming*)
**ALSTON& BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

---

UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-1118-BJR) - 3

153817021.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000