THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VEERA DARUWALLA, MICHAEL MARCH, and LAVICIEIA STURDIVANT, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | No. 2:21-cv-1118-BJR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Veera Daruwalla, Michael March, and Lavicieia Sturdivant and Defendant T-Mobile USA, Inc., (the "Parties") stipulate that T-Mobile's deadline to answer or otherwise to respond to the Complaint, currently set for October 15, 2021, shall be extended pending the Court's ruling on T-Mobile's pending motion to stay proceedings, ECF No. 31. If the motion is denied, T-Mobile's deadline to answer or otherwise respond to the Complaint shall be 30 days after the denial of the motion. If the Court grants the motion to stay, any deadline will be set following resolution of the motion to transfer pending before the Judicial Panel on Multidistrict Litigation ("JPML").

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER
(NO. 2:21-CV-1118-BJR) - 1

154261683.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Good cause exists for this extension because Plaintiffs filed a motion with the JPML to transfer all cases related to an August 2021 data-security incident for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407. *See In re T-Mobile Customer Data Sec. Breach Litig.*, MDL Docket No. 3019 (J.P.M.L. filed Aug. 23, 2021) (ECF No. 1). Plaintiffs, T-Mobile, and plaintiffs in related cases have noticed numerous cases as related that should be transferred. *See id.* (ECF Nos. 2, 8-1, 11, 20, 48, 62, 65). The extension will conserve judicial resources by potentially avoiding motion practice that may ultimately turn out to be unnecessary depending on how the litigation develops and progresses in light of anticipated consolidation into an MDL.

Dated: October 14, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(NO. 2:21-CV-1118-BJR) - 2

154261683.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

```
                              /s/  Kim D. Stephens
                              Kim D. Stephens, P.S., WSBA #11984
                              /s/  Jason T. Dennett
                              Jason T. Dennett, WSBA #30686
                              /s/  Kaleigh N. Powell
                              Kaleigh N. Powell, WSBA #52684
                              TOUSLEY BRAIN STEPHENS PLLC
                              1200 Fifth Avenue, Suite 1700
                              Seattle, WA 98101
                              Telephone: (206) 682-5600
                              Facsimile: (206) 682-2992
                              E-Mail: jdennett@tousley.com
                                      kstephens@tousley.com
                                      kpowell@tousley.com

                              Daniel J. Mogin (pro hac vice)
                              Jennifer M. Oliver (pro hac vice)
                              Timothy Z. LaComb (pro hac vice)
                              MOGINRUBIN LLP
                              600 W. Broadway, Suite 3300
                              San Diego, CA 92101
                              Telephone: (619) 687-661
                              Facsimile: (619) 687-6610
                              E-Mail: dmogin@moginrobin.com
                                      joliver@moginrobin.com
                                      tlacomb@moginrubin.com

                              Jonathan L. Rubin (pro hac vice)
                              MOGINRUBIN LLP
                              1615 M Street, NW, 3rd Floor
                              Washington, D.C. 20036
                              Telephone: (202) 630-0616
                              Facsimile: (877) 247-8586
                              E-Mail: jrubin@moginrubin.com

                              Norman E. Siegel (pro hac vice)
                              Barrett J. Vahle (pro hac vice)
                              J. Austin Moore (pro hac vice)
                              STUEVE SIEGEL HANSON LLP
                              460 Nichols Road, Suite 200
                              Kansas City, MO
                              Telephone: (816) 714-7100
                              E-Mail: siegel@stuevesiegel.com
                                      vahle@stuevesiegel.com
                                      moore@stuevesiegel.com
```

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(NO. 2:21-CV-1118-BJR) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154261683.1

James Pizzirusso (*pro hac vice*)
**HAUSFELD LLP**
888 16th Street N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
E-Mail: jpizzirusso@hausfeld.com

Steven M. Nathan (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
E-Mail: snathan@hausfeld.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(NO. 2:21-CV-1118-BJR) - 4

154261683.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## ORDER

IT IS SO ORDERED.

Dated this 14th day of October 2021.

s/Barbara J. Rothstein
Barbara J. Rothstein
U.S. District Court Judge

Presented by:

/s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER
(NO. 2:21-CV-1118-BJR) - 1

154261683.1